PATRICK T. CONNOR, Esq., Bar No. 89136
Email Address: pconnor@deconsel.com
YAN GERSHFELD, Esq., Bar No. 251375
Email Address: ygershfeld@deconsel.com
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

JS - 6

Attorneys for Plaintiffs, Carpenters
Southwest Administrative Corporation
and Floyd Clay

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and FLOYD CLAY, etc., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PHOENIX CONSTRUCTION SERVICES, INC., a California Corporation; ROSARIO RAMIREZ GIRARD, an individual, etc., et. al,<br><br>    Defendants. | EDCV 07-00047 VAP (JCRx)<br><br>JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and FLOYD CLAY, AS A FIDUCIARY OF SOUTHWEST CARPENTERS HEALTH AND WELFARE TRUST, SOUTHWEST CARPENTERS PENSION TRUST, SOUTHWEST CARPENTERS VACATION TRUST, AND SOUTHWEST CARPENTERS TRAINING FUND, have judgment against defendants, PHOENIX CONSTRUCTION SERVICES, INC., a California Corporation; and ROSARIO RAMIREZ GIRARD, an individual ("DEFENDANTS"), as follows:

1.   That judgment be entered in favor of plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and FLOYD CLAY, for damages in the amount of $11,471.91 (includes attorneys' fees and costs).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:**

Judgment be entered in favor CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and FLOYD CLAY against defendants, PHOENIX CONSTRUCTION SERVICES, INC., a California Corporation; and ROSARIO RAMIREZ GIRARD, an individual as follows:

That CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and FLOYD CLAY shall have a permanent injunction requiring DEFENDANTS, so long as DEFENDANTS remains bound by the Memorandum of Understanding between the Southern California Conference of Carpenters and Phoenix Construction Services, Inc. dated July 24, 2001, and the Project Labor Agreement between Herzog Contracting and The Southern California Conferences of Carpenters for Southern California Regional Rail Authority, Contract MS-146, Track and Structures Maintenance, deliver or cause to be delivered to PLAINTIFFS, no later than the 25th day of the month:

    a.   A complete, truthful, and accurate Employer's Monthly Report to Trustees covering all employees of DEFENDANTS employed during the previous month under the AGREEMENTS;

    b.   A declaration from a responsible employee of DEFENDANTS attesting from his or her personal knowledge

2

```
          under penalties of perjury to the completeness,
          truthfulness, and accuracy for the Monthly Report; and
          c.   Check for the full amount owing on the Monthly
          Report.
```

Dated: February 13, 2009    _____
                            THE HONORABLE VIRGINIA A. PHILLIPS
                            UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY,
a Professional Corporation


By: /s/ Yan Gershfeld
    YAN GERSHFELD
Attorneys for Plaintiffs,
CARPENTERS SOUTHWEST ADMINISTRATIVE
CORPORATION and FLOYD CLAY